IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
ex rel. IRENE ROMANIUK #R38932, )
　　　　　　　　　　　　　　　　 )
　　　　　Petitioner, 　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　v. 　　　　　　　　　　　　　 )　　No. 11 C 1719
　　　　　　　　　　　　　　　　 )
SHERYL THOMPSON, WARDEN, 　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　Respondent. 　　　　　　)

MEMORANDUM ORDER

This Court's March 15, 2011 memorandum order ("Order") addressed the self-prepared Petition for Writ of Habeas Corpus ("Petition") filed by Irene Romaniuk ("Romaniuk") under 28 U.S.C. §2254,[1] in which Romaniuk sought to challenge her conviction on a first-degree murder charge on which she is now serving a 45-year sentence. As the Order pointed out, the Petition's narrative as to the time sequence involved in Romaniuk's direct appeal and her later state post-conviction proceedings appeared to show that the Petition was time-barred under Section 2244(d)(1), so that the Order gave Romaniuk until April 6 to provide a supplemental filing demonstrating otherwise.

April 6 has come and gone without any submission by Romaniuk. That being the case, "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court" (Rule 4 of the Rules

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

Governing Section 2254 Cases in the United States District Courts), so that the same Rule 4 mandates dismissal of the Petition and this action.  This Court so orders.

																				_____
																				Milton I. Shadur
																				Senior United States District Judge

Date:  April 12, 2011